JUDGE CROTTY

Philip H. Gottfried (PG6278)
Marc J. Jason (MJ0934)
Holly Pekowsky (HP5034)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

KLAUBER BROTHERS, INC.,

             Plaintiff,

    v.

DREAMWEAR, INC.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

Action No.: 07 CV 6133

Rule 7.1 Statement

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Klauber Brothers, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                        NONE

                        AMSTER, ROTHSTEIN & EBENSTEIN LLP
                        Attorneys for Plaintiff
                        90 Park Avenue
                        New York, NY  10016
                        212-336-8000 (main)
                        212-336-8001 (facsimile)

Dated: June 29, 2007      By: _____
                                      Philip H. Gottfried (PG 6278)

373750.1