Philip H. Gottfried (PG 6278)
Marc J. Jason (MJ 0934)
Holly Pekowsky (HP 5034)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000

Attorneys for Plaintiff
Klauber Brothers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

KLAUBER BROTHERS, INC.,

               Plaintiff    :  Civil Action No.: 07 CV 6133 (PAC)

       v.               :  ECF Case

DREAMWEAR, INC.

              Defendant.

- - - - - - - - - - - - - - - - - - - -x

## **AFFIDAVIT OF SERVICE**

Timothy R. Haigler, being duly sworn, deposes and says as follows:

I am over the age of eighteen, an employee of Amster, Rothstein & Ebenstein, LLP, attorneys for Plaintiff in the captioned Action and not a party to this lawsuit.

On July 3, 2007, at approximately 12:10 p.m., I personally served a copy of the Summons and Complaint in the above action on DREAMWEAR, Inc. at the premises of DREAMWEAR, INC. at 183 Madison Avenue, 10th Floor, New York, New York  10016,

374583.2

along with copies of the Individual Practices of Judge Paul A. Crotty and Magistrate Judge Maas and copies of the USDC/SDNY Instructions, Procedures and Guidelines for Electronic Case Filing. The documents were accepted by a woman in the reception area named "Medea", who first called and then assured me she would give them directly to Michael, the Office Manger of the Dreamwear, Inc. As I was leaving, I observed "Medea" entering an office with the documents.

Dated:　New York, New York
　　　　　July 13, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Timothy R. Haigler


State of New York　　　)
　　　　　　　　　　　　) ss.:
County of New York　　)

On this 13ᵈ day of July 2007, before me personally appeared Timothy R. Haigler, to me known and who declared to me that the statements contained above to which he affixed his signature were true to the best of his knowledge, information and belief.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Notary Public

WANDA K. WALKER
Notary Public, State of New York
No. 01WA4614449
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Sept. 30, 20 10

374583.2