# SCHIFFHARDIN LLP

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK  10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Steven M. Bocknek
212.745.0851
sbocknek@schiffhardin.com

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: JUL 2 7 2007

July 26, 2007

**VIA E-MAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Chambers 735
New York, New York 10007

*Application GRANTED. The conference is adjourned to*
*08/08/07 at 2:30 p.m. in Courtroom 9B.*

**SO ORDERED:**

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:     Klauber Brothers, Inc. v. Dreamwear, Inc., 07 Civ. 6133 (PAC)

Dear Judge Crotty:

        We are counsel to defendant Dreamwear, Inc. in the above-referenced matter. We write to respectfully request an adjournment of the initial pretrial conference, which is currently scheduled for August 7, 2007 at 2:15 p.m., because we are scheduled to appear that afternoon before Judge Scheindlin in another matter.

        There have been no prior requests for adjournment or extension of this or any other date. Counsel to plaintiff Klauber Brothers, Inc. ("Plaintiff") has consented to this adjournment. We have conferred with Plaintiff's counsel and hereby jointly propose three alternate dates for the initial pretrial conference:  August 8, August 28 or August 29.  As no other dates have been scheduled in this matter, this requested adjournment will not affect any other dates.

        Please feel free to contact us should the Court have any questions.

Respectfully,

Steven M. Bocknek

cc:     Philip H. Gottfried, Esq.

NY: 5173144.1