

**SCHIFF HARDIN** LLP

David Jacoby
212 745-0876
djacoby@schiffhardin.com

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022

t 212.753.5000
f 212.753.5044

www.schiffhardin.com

August 28, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 29 2007

**BY TELECOPY**

The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
Room 735
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED
SO Ordered  AUG 29 2007

/s/ Paul A. Crotty

Re:  Klauber Brothers, Inc. v. Dreamwear, Inc., Civil Action No. 07 CV 6133 (PAC)

Dear Judge Crotty:

This firm represents defendant Dreamwear, Inc. in the referenced action. The Case Management Plan for this action adopted by Your Honor provided for counsel to meet and confer in aid of potential early settlement no later than September 6, 2007. At my request, counsel for plaintiff have consented to adjourn this date to September 10, 2007, in part to accommodate attendance by clients at the meeting. There has been no prior request for an extension of this date.

I respectfully request that the Court approve the requested extension.

Respectfully submitted,

David Jacoby

cc.: Philip Gottfried, Esq. (by fax)

**MEMO ENDORSED**

NYCIS10060411 WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO